No. 74–6505. SPIRN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–6507. DAVIDSON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–6508. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6509. RUSSELL v. COOPER, WARDEN. Sup. Ct. S. C. Certiorari denied.

No. 74–6510. RAY v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–6511. JAMES v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 74–6512. FLEMING v. R. I. G. H. T. CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–6513. RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6514. HUNT v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 9th Cir. Certiorari denied.

No. 74–6515. KENNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6516. WARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6520. TURNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.